Federal District Court

Middle District of Florida

Orlando, Florida

Lawrence Sarsoun                                                                      June 15, 2015

Plaintiff

Vs.

The Supreme Court of the United States

Defendant

## Motion to Seek an Injunction

Whereas the Senate of the United States of America is about to debate Law that may severely limit The practice of killing unborn citizens, and whereas a Senator from that great body has called for the Discussion of such constraints on the practice of killing unborn citizens of this country, the Plaintiff Offers his comments on the matter. The Supreme Judge of the Universe (hereafter referred to as "God") Has rendered His Opinion in His Ten Commandments, thus -----"Thou Shalt Not Kill". Now in the occurrence of Murder, it is commonly know that an accomplice is guilty of Complicity if he or she has been even Indirectly involved in the underlying breaking of the Law. So being that the Defendants enabled the The killing of unborn citizens by the overt acquiescence to this practice (which violates God's Law, Thou Shalt Not Kill), the Plaintiff respectfully requests that this Court grant an Injunction that the Defendant Cease and desist to allow such killing of unborn citizens immediately.

Lawrence Sarsoun

Pro Bono